The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SLALOM, LLC,

           Plaintiff,

   v.

ADAPTHEALTH LLC,

           Defendant.

No. 2:21-cv-001158-RSM

**ORDER DISMISSING ACTION WITH PREJUDICE**

THIS MATTER having come before the Court on the parties' Stipulation to Dismiss Action with Prejudice and the Court having considered the Stipulation and the pleadings on file in the case, the Court HEREBY dismisses this action with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.**

DATED this 16th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
WITH PREJUDICE
Case No. 2:21-cv-001158-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

*Presented by:*

| **ARETE LAW GROUP PLLC** | **POLSINELLI PC** |
|---|---|
| By: */s/ Jonah O. Harrison*<br>Jonah O. Harrison, WSBA No. 34576<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>jharrison@aretelaw.com | By: */s/ Aaron A. Wagner*<br>Aaron Wagner, WSBA No. 51905<br>1000 Second Avenue, Suite 3500<br>Seattle, WA 98104<br>Phone: (360) 481-5107<br>aawagner@polsinelli.com |
| *Attorneys for Plaintiff Slalom LLC* | *Attorneys for Defendant AdaptHealth LLC* |

ORDER DISMISSING ACTION
WITH PREJUDICE
Case No. 2:21-cv-001158-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**POLSINELLI PC**

Aaron A. Wagner
1000 Second Avenue, Suite 3500
Seattle, WA 98104
aawagner@polsinelli.com

☐ E-mail
☐ U.S. Mail
☒ E-filing

Dated this 15th day of November, 2021 in Seattle, Washington.

/s/ *Janet C. Fischer*
Janet C. Fischer
Paralegal

ORDER DISMISSING ACTION
WITH PREJUDICE
Case No. 2:21-cv-001158-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250